# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case Number: 3:20-PO-69 |
| -vs- | : | District Judge Michael J. Newman |
| | | Magistrate Judge Peter B. Silvain, Jr. |
| THEODORE LEE HILL, | : | |
| Defendant. | : | |

## ORDER OF DISMISSAL

Upon the Government's Motion to Dismiss, the above-referenced case is hereby DISMISSED.

August 3, 2021

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge